**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector Paz BONILLAS–ROSAS, aka Hector Pass Bonillas–Rosas, aka Hector Bonita–Rosas, aka Gustavo Barleta Rojas, aka Hector Rojas, aka Hector Pas Rojas, aka Hector Bonillas–Rosas Pas, aka Hector Pas Bonillas–Rosas, Defendant–Appellant.**

**No. 01–10292.**
**D.C. No. CR–00–01230–FRZ.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 14, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Hector Paz Bonillas–Rosas appeals his jury-trial conviction and 84–month sentence imposed for illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. Bonillas–Rosas' attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bonillas–Rosas has filed a pro se supplemental brief.

Our review of the *Anders* and pro se briefs and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.